IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | * |
| | * |
| BUTLER INNOVATIVE SOLUTIONS, INC. | *    CASE NO.: 08-00065 |
| | *    (Chapter 7) |
| Debtor(s). | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO SELL OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF ALL LIENS AND OTHER INTERESTS
PURSUANT TO PRESCRIBED BIDDING PROCEDURES

William Douglas White, Trustee, pursuant to 11 U.S.C. § 363(b)&(f), Federal Rule of Bankruptcy Procedure 6004(a)-(c) and the Trustee's Notice of Intent to Sell, attached as **Exhibit A** and incorporated herein by reference, hereby moves the Court for authority to sell free and clear of liens and other interests the following property:

**(1)** U.S. Bankruptcy Court for District of Columbia judgment against Keith Barkley owed to William Douglas White, Trustee in the amount of $37,151 dated February 3, 2015; **(2)** U.S. Bankruptcy Court for District of Columbia judgment against Betzaida Jones owed to William Douglas White, Trustee in the amount of $16,321 plus interest of $2506 dated August 28, 2015; **(3)** Order Approving Settlement Agreement with John Butler dated August 15, 2016 for payment of $25,000 to William Douglas White, Trustee and payable in the amount of $524 per month for 48 consecutive months; **(4)** Prince Georges County Circuit Court criminal restitution judgment against Jennene Pugh owed to William Douglas White, Trustee in the amount of $727,009 dated January 21, 2009; and U.S. Bankruptcy Court For District of Columbia judgment against Jennene Pugh owed to William Douglas White, Trustee in the same amount of $727,009 dated October 4, 2011.

Collectively, the above obligations are referred to as "the Judgments." What is being sold

are the amounts owed and not yet received by the Trustee through the date of the auction described in the Notice. The sale will be conducted on the terms and conditions and pursuant to the Bidding Procedures set forth in the Trustee's Notice Of Intention To Sell Property Of The Estate Free And Clear Of All Liens And Other Interests filed simultaneously with this Motion. Interested parties should review that Notice for the specification of terms and conditions of the sale. Copies of the Judgments are also attached as **Exhibits B through E**.

      Wherefore, the Trustee requests that the Court enter the attached Order Approving the Sale.

Respectfully submitted,

/s/ William Douglas White
William Douglas White  224592
McCarthy & White, PLLC
1751 Pinnacle Drive #1115
McLean, VA 22102
(703) 770-9265
wdw@mccarthywhite.com
Attorneys for Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017 I caused a copy of the foregoing Notice to be sent electronically to all persons on the Court's ECF service list and also mailed a copy via first class mail, postage prepaid, to the following:

Kim D. Mann
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
1850 M Street, N.W.
Suite 280
Washington, D.C. 20036

Steven Mitnick, Esq.
SM LAW PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

Office of U.S. Trustee
415 S. Union
Plaza Level
Alexandria Va 22314

Greg Mullen
Cranehill Capital LLC
6600 LBJ Freeway Suite 210
Dallas, TX   75240
Marc Kadis
30 Gray Birch Terrace
 Newtonville, MA 02460

A. Yoni Miller
QuickLiquidity
500 NE Spanish River Blvd #205
Boca Raton, FL 33431

Robert Green
Brown & Joseph, Ltd.
One Pierce Place Suite 1225
W Itasca IL 60143

                                       /s/ William Douglas White
                                       William Douglas White